IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANDREW TIMOTHY JONES,
    Petitioner,

Civil Action No. 7:14-cv-00281

v.

FINAL ORDER

CHRISTOPHER ZYCH,
    Respondent.

By:  Hon. Michael F. Urbanski
      United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**; and the case is **STRICKEN** from the active docket.

Entered: June 5, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge